IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY ROBERT CHRISTENSEN,

      Plaintiff,                      No. CIV S-09-2840 EFB P

      vs.

STATE OF CALIFORNIA, et al.,

      Defendants.             ORDER

                              /

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

       Plaintiff alleges a violation of his civil rights in Kings County, California.  Kings County is in the Fresno Division of this court and the action should have been commenced there.  *See* Local Rule 3-120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

       Accordingly, it is hereby orderd that:

       1.  This action is transferred to the Fresno Division.

       2.  The Clerk of Court shall assign a new case number.

////

////

1

1  3. All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721
4

5  DATED: November 5, 2009.

6  _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE

2